UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

FEB 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



|  |  |
|---|---|
| STEPHANIE ELLIS,<br><br>　　　Plaintiff - Appellant,<br><br>　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　Defendant - Appellee. | No. 25-3688<br><br>D.C. No. 3:24-cv-05212-SKV<br>Western District of Washington, Tacoma<br><br>ORDER |

The motion (Docket Entry No. 23) for an extension of time to file the answering brief is granted.

The answering brief is due March 19, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT